IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2010 MAR 11   PM 12:22

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:00CR3084 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **ORDER** |
| | ) | |
| ALLEN L. DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court this 11th day of March, 2010, on the Defendant's Oral Motion for Temporary Release Under Specific Conditions. The Court, being fully advised in the premises, finds that the Motion should be granted. It is, therefore,

ORDERED that the Defendant shall be temporarily released from the custody of the United States Marshal no later than 10:00 a.m. on Tuesday, March 16, 2010, to the custody of a member of the Federal Public Defender's Office, 100 Centennial Mall North, 112 Federal Building, Lincoln, Nebraska 68508.

IT IS FURTHER ORDERED that the Defendant shall be accompanied and released into the custody of the Federal Public Defender's Office staff member, who shall accompany the Defendant and shall escort the Defendant to Williams Prepared Place and return the Defendant to custody at the United States Marshal's office forthwith, following his interview/screening for residential treatment, on March 16, 2010.

Dated this 11th day of March, 2010.

BY THE COURT:

THE HONORABLE RICHARD G. KOPF
United States District Judge