IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3084 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| ALLEN L. DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's unopposed motion to amend, (filing no. 61), is granted, and the defendant's conditions of release are amended as follows:

1) Defendant's release order, (filing no. 60), is amended to state that effective June 3, 2010, defendant shall receive treatment at NOVA instead of Williams Prepared Place, with defendant's transportation to NOVA provided by Williams Prepared Place.

2) While receiving treatment at NOVA, the defendant shall comply with the rules and requirements of that facility.

3) All other conditions of defendant's prior release order, (filing no. 60), remain in effect.

DATED this 28th day of May, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge