IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:00CR3084 |
| ) | |
| ALLEN L. DAVIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Disposition Hearing, filing 63, now set for June 15, 2010, at 12:00 noon until a date certain in approximately 60 days. The Court, being fully advised in the premises, and noting that the Government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 20th day of August, 2010, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated June 14, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge