IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3084 |
| | ) | |
| V. | ) | |
| | ) | |
| ALLEN L. DAVIS, | ) | ORDER and BENCH WARRANT |
| | ) | |
| Defendant. | ) | |
| | ) | |

I have been informed by the probation officer that Mr. Davis left the treatment facility without permission and that he has not reported to the probation office. Accordingly,

IT IS ORDERED that a bench warrant for the arrest of Allen L. Davis is herewith issued. The United States Marshals Service and other law enforcement officers are herewith commanded to arrest Allen L. Davis and present him to me at the earliest opportunity. Mr. Davis shall remain in custody after such an arrest until I order otherwise. The Clerk shall hand deliver a copy of this bench warrant to the United States Marshals Service.

DATED this 29th day of July, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge