IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3084 |
| | ) | |
| V. | ) | |
| | ) | |
| ALLEN L. DAVIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

A warrant has been issued for the arrest of Defendant Davis. Accordingly,

IT IS ORDERED that Mr. Davis' revocation hearing scheduled on August 20, 2010, is canceled until further order. The United States Marshals Service shall notify the undersigned upon Mr. Davis' apprehension. Mr. Davis' revocation hearing will then be rescheduled.

DATED this 17th day of August, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge